No. 1167. SMITH *v.* JAMES IRVINE FOUNDATION ET AL. C. A. 9th Cir. Certiorari denied. *Lyndol L. Young* for petitioner. *Burnham Enersen* for respondent James Irvine Foundation, and *Reid- R. Briggs* for respondents Irvine et al.

No. 1203. BORG-WARNER CORP. *v.* REPUBLIC GEAR CO. C. A. 7th Cir. Certiorari denied. *James E. S. Baker, Robert W. Murphy,* and *George L. Saunders* for petitioner. *Aaron Lewittes* and *Edward I. Rothschild* for respondent.

No. 1126. FARINELLA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to defer consideration of petition for certiorari denied. Certiorari denied. *Milton E. Grusmark* and *Natalie Baskin* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1155. TARTAGLIO ET AL. *v.* DEPARTMENT OF INSTITUTIONS AND AGENCIES, DIVISION OF PUBLIC WELFARE. Sup. Ct. N. J. Motion to defer consideration of petition for writ of certiorari denied. Certiorari denied. *George F. Bason, Jr.,* for petitioners. *Arthur J. Sills,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for respondent.

No. 1174. UNITED STEELWORKERS OF AMERICA, AFL-CIO *v.* HAMILTON STEEL PRODUCTS, INC., ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Bernard Kleiman, Gilbert Feldman, Elliot Bredhoff, Michael H. Gottesman,* and *George H. Cohen* for petitioner. *J. Robert Geiman* for respondent Union Central Life Insurance Co.